```
PHILIP A. LEWIS
Attorney at Law
Suite 500
210 S.W. Morrison Avenue
Portland, OR 97204
(503) 226-3498
E-mail: phil@phillewis.com
```

      Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>             Plaintiff,    )<br>                                   )<br>     v.                          )<br>                                   )<br>MARK PATRICK JOHNSON,   )<br>                                 )<br>            Defendant.    ) | Case No. 3:14-cr-00224-JO<br><br>ORDER FOR ISSUANCE<br>OF SUBPOENAS AT<br>GOVERNMENT EXPENSE<br>PURSUANT TO RULE 17(b) |

      Defendant's *ex parte* application for issuance of subpoenas and witness fees at government expense having come before the court, and the court having considered the same,

      IT IS HEREBY ORDERED that the clerk issue ten subpoenas to defendant's counsel as requested to be served on

////

////

////

////

////

1 -  ORDER FOR ISSUANCE OF SUBPOENAS AT GOVERNMENT EXPENSE
     PURSUANT TO RULE 17(b)

behalf of defendant at government expense, and that the costs and fees incurred be paid by the government as provided by 28 C.F.R. Section 21.1 *et seq*.

DATED this ____ day of October, 2014.

_____
U. S. DISTRICT COURT JUDGE

2 -   ORDER FOR ISSUANCE OF SUBPOENAS AT GOVERNMENT EXPENSE
      PURSUANT TO RULE 17(b)