# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:14-CR-00224-JO |
| **Plaintiff,** | |
| v. | **VERDICT FORM** |
| MARK PATRICK JOHNSON | |
| **Defendant.** | |

We the jury, duly empaneled to try the case of *United States v. Mark Patrick Johnson*, hereby find as follows:

**Count 1:** Possession with the Intent to Distribute Methamphetamine:

_____ Not Guilty

__X__ Guilty

If you found the defendant Not Guilty on Count 1, then please do not consider this special question on quantity. If you found the defendant Guilty on Count 1, then please address the following question as to quantity:

**Special Verdict Question:** We the jury, having found the defendant guilty of the offense charged in Count 1, further find that the quantity of methamphetamine involved in that offense was (place an X in the appropriate box, and you may only choose one):

__X__ 50 grams or more of actual (pure) methamphetamine

_____ Less than 50 grams of actual (pure) methamphetamine

Signed:    Date: 12-18-14

Presiding Juror