IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                                No.   3:14-cr-00224-JO

                                    Plaintiff,     ORDER APPOINTING COUNSEL
                    v.                             PURSUANT TO THE PROVISIONS
                                                   OF THE CRIMINAL JUSTICE ACT.
                                                   18 U.S.C. § 3006A
MARK PATRICK JOHNSON,

                                    Defendant.

---

IT IS ORDERED that CJA Panel Attorney Marc Friedman is appointed,

pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as

counsel for Mark Patrick Johnson, effective April 17, 2015.

DATED this __21st__ day of April, 2015.

_____
Honorable Robert E. Jones
United States District Court Judge

PRESENTED BY:

_____
Lisa C. Hay
Federal Public Defender

ORDER APPOINTING COUNSEL